UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK A. CORBAN, individually and on behalf of all others similarly situated, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:14-cv-10201-IT |
| SAREPTA THERAPEUTICS, INC., CHRIS GARABEDIAN, SANDY MAHATME, and ED KAYE, | * | |
| Defendants. | * | |

ORDER

September 22, 2015

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [#77] of March 31, 2015 ALLOWING Defendant's Motion to Dismiss Plaintiffs' Amended Complaint [#42], the Amended Complaint [#39] is hereby dismissed. This case is CLOSED.

IT IS SO ORDERED.

September 22, 2015

/s/ Indira Talwani
United States District Judge