# United States Court of Appeals
## For the First Circuit

Nos. 15-2135
    16-1658

MARK A. CORBAN, individually and on behalf of all others similarly situated; STEVE FLEISCHMANN, individually and on behalf of all others similarly situated

Plaintiffs - Appellants

DANIEL BARADARIAN, individually and on behalf of all others similarly situated; BIJESH AMIN, individually and on behalf of all others similarly situated

Plaintiffs

v.

SAREPTA THERAPEUTICS, INC.; CHRIS GARABEDIAN; EDWARD KAYE

Defendants - Appellees

SANDESH MAHATME

Defendant

**MANDATE**

Entered: October 19, 2017

In accordance with the judgment of August 22, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Stuart William Emmons, William B. Federman, Christopher G. Green, Jason Mathew Leviton, Amanda B. Murphy